UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 18 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIMOTHY JOHN ROGERS; aka William ) <br> Edward Hunt; aka Robert Michael Hunt; aka ) <br> Timothy Rhoads, ) <br> ) <br> Defendant. ) | Case No. CR S-06-212-01 WBS; <br> CR S-15-223-01 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Timothy John Rogers aka aka William Edward Hunt; aka Robert Michael Hunt; aka Timothy Rhoads** Cases  2:06CR-00212-01 WBS and 2:15CR00223-01 WBS WBS  from custody for the following reasons:

\_\_  Release on Personal Recognizance

\_\_  Bail Posted in the Sum of _____

\_\_  Unsecured bond

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond secured by Real Property

\_\_  Corporate Surety Bail Bond

**X**  (Other)  Defendant reinstated on supervised release.

Issued at  Sacramento, CA  on  July 18, 2016  at  11  a.m.

By  /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing